UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
880 E. Elmer Road
Vineland, New Jersey 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

In Re:

Debra L. McCloud

Case No.: 26-20308

Proceedings in Chapter 13

Pre-Confirmation Certification of Compliance with post-petition obligations in accordance with 11 U.S.C. 1325(a) (8) a and (a) (9)

I, Debra L. McCloud, upon my oath, according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the confirmation hearing date on 11/18/2026 at 09:00 AM.
2. The above named Debtor(s) has /have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.
3. The above named Debtor(s) has/have filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. 1308.
4. If the confirmation hearing date stated in paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 10/24/2026

BY: /s/ Debra L. McCloud Debra L McCloud
Debra L. McCloud, Debtor